UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS SCHWABEL,<br><br>                            Plaintiff,<br><br>-against-<br><br>TRUE NATURE EDUCATION INC.<br><br>                            Defendant | Docket No. 1:20-cv-2620<br><br>The Clerk of the Court is directed to transfer this case to the Western District of North Carolina. So Ordered.<br>10/5/2020<br>      /S/  Raymond J. Dearie |

**STIPULATION REGARDING TRANSFER OF VENUE**

Plaintiff Thomas Schwabel ("Plaintiff"), on the one hand, and True Nature Education Inc. ("Defendant"), on the other hand, hereby agree, as follows:

WHEREAS, Plaintiff filed a Complaint against Defendant on June 11, 2020 in the United States District Court, Eastern District of New York, entitled *Thomas Schwabel v. True Nature Education Inc.* Case No. 1:20-cv-2620 (the "Action");

THEREFORE, Plaintiff and Defendant, by and through their undersigned counsel, to avoid motion practice on the issue of venue hereby stipulate that the parties agree to transfer venue of the Action to the United States District Court for the Western District of North Carolina.

IT IS SO STIPULATED AND AGREED.

Dated: October 2, 2020                                                    LIEBOWITZ LAW FIRM, PLLC

                                                                                       By:*/s/Richard Liebowitz*
                                                                                         Richard Liebowitz

*Attorneys for Plaintiff Thomas Schwabel*