UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THOMAS SCHWABEL,<br><br>                                    Plaintiff,<br><br>- against -<br><br>TRUE NATURE EDUCATION INC.<br><br>                                  Defendant. | Docket No. 1:20-cv-300-MR-WCM<br><br>**NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))** |

      IT IS HEREBY NOTICED, that the above case has settled and should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: December 3, 2020

*Attorney for Plaintiff Thomas Schwabel*